## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00032-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | May 4, 2012 |
| ADOLPH VYTAUTAS STANKUS, III, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     KATIE OGDEN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Ex-Parte Motion to Withdraw as Counsel of Record filed under seal by counsel for defendant (Doc. #12) is **GRANTED**.  This matter is referred to the CJA Coordinator for the purpose of locating counsel from the CJA Panel to represent defendant.

**IT IS SO ORDERED.**

                                                      LANCE S. WILSON, CLERK

                                                      By:     /s/
                                                            Deputy Clerk