UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br> v.<br>ADOLPH VYTAUTAS STANKUS, III,<br><br>      Defendant. | Case No. 3:12-cr-00032-HDM<br><br>ORDER |

  The defendant, Adolph Vytautas Stankus, III, has filed a motion for early termination of supervised release (ECF No. 79). Neither the government nor the Probation Department opposes the motion. (*See* ECF No. 80). Having considered all relevant factors as set forth in 18 U.S.C. § 3583(e)(1) and § 3553(a), the court concludes that a one-year reduction in the term of supervised release is warranted. IT IS THEREFORE ORDERED that the defendant's motion for early termination of supervised release (ECF No. 79) is GRANTED as of **July 18, 2025,** provided the defendant continues to comply with all the conditions of supervised release until such date.

  IT IS SO ORDERED.

  DATED: This 18th day of June, 2025.

            *Howard D McKibben*
            _____
            UNITED STATES DISTRICT JUDGE